**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>Christine Tavares,<br><br>    Debtor.<br>_____<br><br>Christine Tavares,<br><br>    Plaintiff,<br><br>-vs.-<br><br>Alabama Housing Finance Authority, a foreign public corporation doing business in Washington as ServiSolutions,<br><br>    Defendant. | Bankruptcy Case No. 16-14901-MLB<br><br><br><br><br>Adversary Case No. 18-01002-MLB<br><br>**ORDER ON DEFENDANT'S AMENDED MOTION TO DISSOLVE INJUNCTION AND FOR DISBURSEMENT OF FUNDS** |

      This matter came before the Court on Defendant Alabama Housing Finance Authority's ("Defendant") Amended Motion to Dissolve Injunction and For Disbursement of Funds on Deposit with the Clerk of Court. (Dkt. No. 89).

      On November 7, 2018, the Court entered an Order (Dkt. No. 83) granting the Defendant's Motion to Dismiss Plaintiff Christine Tavares' ("Plaintiff") Second Amended Complaint. As a result of the Court's Order, the Plaintiff's Second Amended Complaint was dismissed with

ORDER ON DEFENDANT'S AMENDED MOTION TO DISSOLVE
INJUNCTION AND FOR DISBURSEMENT OF FUNDS - 1

prejudice, without leave to amend. However, the Order expressly retained jurisdiction over the Plaintiff's Adversary Proceeding for the limited purposes of addressing whether to dissolve the temporary restraining order enjoining a foreclosure sale of the underlying property as well as the distribution of the funds on deposit with the Clerk of Court, U.S. District Court for the Western District of Washington (Seattle).

Thereafter, the Plaintiff filed a Motion for Reconsideration. (Dkt. No. 86). After having considered the Motion for Reconsideration, the relevant pleadings, the applicable legal authority as well as Federal Rule of Bankruptcy Procedure 9023, Federal Rule of Civil Procedure 59(e), Local Bankruptcy Rule for the Western District of Washington 9013-1(h), and Local Civil Rule for the U.S. District Court for the Western District of Washington 7(h), on December 21, 2108, the Court entered an Order DENYING the Plaintiff's Motion for Reconsideration.

Due to the lack of a filing in opposition to the Defendant's Amended Motion to Dissolve Injunction and For Disbursement of Funds on Deposit with the Clerk of Court (the "Motion") (Dkt. No. 89) and having considered the relevant pleadings, the applicable legal authority, and being fully advised for these reasons, the Court GRANTS the Motion. Accordingly, it is hereby ORDERED:

(1) That the injunction previously entered dissolved *ipso facto* upon the entry of the final judgment in the Adversary Proceeding (Dkt. No. 83),

(2) The Clerk of Court, in accordance with Local Civil Rule 67(b), is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $29,934.58, plus all accrued interest, minus any statutory fees, payable to ServiSolutions and is to mail the check to ServiSolutions, and

(3) The Defendant is directed to provide the Clerk of Court with the following information regarding the disbursement recipient, ServiSolutions: the address for the mailing of the check and its Tax Identification Number.

ORDER ON DEFENDANT'S AMENDED MOTION TO DISSOLVE
INJUNCTION AND FOR DISBURSEMENT OF FUNDS - 2

/// End of Order ///

ORDER ON DEFENDANT'S AMENDED MOTION TO DISSOLVE
INJUNCTION AND FOR DISBURSEMENT OF FUNDS - 3