Arthur E. Ortiz, WSBA No. 26676
Email: arthur@aeolegal.com
The Law Office of Arthur E. Ortiz
6015 California Ave. S.W., No. 203
Seattle, WA 98136
Tel.: (206) 898-5704

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>CHRISTINE TAVARES, and EDWARD ANZALDUA,<br><br>Debtors, | Bankruptcy Case No.s  16-14901-MLB<br>                                          16-15970-MLB<br>Adversary Case No.      18-01002-MLB<br>Bankruptcy Internal Appeal  19-S001<br>U.S. Dist. Ct. Appeal        2:19-cv-00020-RAJ<br><br>CHAPTER 7 |
| MICHAEL KLEIN, Trustee for the estate of Christine Tavares, and DENNIS LEE BURMAN, Trustee for the estate of Edward Anzaldua,<br><br>Plaintiff,<br><br>vs.<br><br>ALABAMA HOUSING FINANCE AUTHORITY,<br>a foreign public corporation doing business in Washington as SERVISOLUTIONS<br><br>Defendant | MICHAEL KLEIN AND DENNIS LEE BURMAN'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL. |

Trustees, Michael Klein and Dennis Lee Burman, the Appellants, respectfully submit, pursuant Federal Rule of Bankruptcy Procedure ("FRBP") 8006, the following Designation of Record of the items to be included in the record on this appeal and Statement of Issues on Appeal. The docket number references below are to Adversary Proceeding 18-01002-MLB.

**APPELANTS' DESIGNATION OF RECORD &
STATEMENT OF ISSUES ON APPEAL**

Page - 1

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704      arthur@aeolegal.com

Case 18-01002-MLB    Doc 101    Filed 01/17/19    Ent. 01/17/19 18:14:42    Pg. 1 of 4

## DESIGNATION OF RECORD ON APPEAL

| Designation No. | Dkt. No. | Date Filed | Document title |
|---|---|---|---|
| 1 | 5 | 2/6/2018 | Complaint |
| 2 | 7 | 2/6/2018 | Decl of Christine Tavares |
| 3 | 8, 27-3 | 2/6/2018 | Decl. of Monique Patzer |
| 4 | 9 | 2/6/2018 | Decl. of Arthur Ortiz |
| 5 | 9-1 | 2/6/2018 | Ex. A - Note |
| 6 | 9-2 | 2/6/2018 | Ex. B – Deed of Trust |
| 7 | 9-3 | 2/6/2018 | Ex C - Denial Letter |
| 8 | 9-4 | 2/6/2018 | Ex D – pmnt hist |
| 9 | 9-5 | 2/6/2018 | Ex E – Mort. Loan Stmnt. |
| 10 | 22 | 2/6/2018 | Order granting TRO |
| 11 | 27-10 | 2/6/2018 | Ex F – Recorded Partial Claim Loan Mod |
| 12 | 27-11 | 2/6/2018 | Ex G – Qual'd Written Req. |
| 13 | 69 | 7/26/2018 | Second Amended Compl. |
| 14 | 69-1 | 7/26/2018 | Supp. Decl. of Tavares |
| 15 | 69-3 | 7/26/2018 | Ex H - AHFA An. Rep |
| 16 | 69-4 | 7/26/2018 | Ex I – AHFA An. Rep |
| 17 | 69-5 | 7/26/2018 | Ex K – WA AG – Drake MAR |
| 18 | 69-6 | 7/26/2018 | Ex J - WA AG - Carmen Compl. |
| 19 | 69-7 | 7/26/2018 | Ex L – Catalyst rep re Terry |
| 20 | 69-8 | 7/26/2018 | Ex M – WA AG – Bohn MAR |
| 21 | 69-9 | 7/26/2018 | Ex M – WA AG – Bohn MAR |
| 22 | 71 | 8/9/2018 | Def.'s Mot. To Dismiss Adversary Case |
| 23 | 75 | 9/7/2018 | Opp Resp toDef.'s Mot to Dismiss Adversary Case |
| 24 | 78 | 10/1/2018 | Reply – re Mot to Dismiss |
| 25 | 79 | 10/23/2018 | Oral Decision transcript at Dkt. No. 99-1 |
| 26 | 83 | 11/7/2018 | Order Dismissing Case |
| 27 | 85 | 11/202018 | Transcript regarding Hearing Held 10/23/2018 |
| 28 | 86 | 11/20/2018 | Motion to Reconsider |
| 29 | 90 | 12/21/2018 | Order re Motion to Reconsider |
| 20 | 98 | 1/4/2019 | Order Granting Plff's Mot for Substitution of Parties |
| 31 | 99 | 1/4/2018 | Not of Appeal & Stmnt of Election |

APPELANTS' DESIGNATION OF RECORD & STATEMENT OF ISSUES ON APPEAL

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704    arthur@aeolegal.com

Page - 2

Case 18-01002-MLB    Doc 101    Filed 01/17/19    Ent. 01/17/19 18:14:42    Pg. 2 of 4

## STATEMENT OF ISSUES ON APPEAL

1. Whether the trial court erred ruling that Plaintiff did not plead facts which would allow a reasonable inference that Defendant had an obligation to seek a partial claim when the loan itself is designated an FHA loan and given an FHA Case number. (sEE No. 5, Dkt. No. 9-1.)

2. Whether the trial court erred by ruling AHFA did not violate Washington's Consumer Protection Act by discouraging Plaintiff from using a HUD approved housing counselor.

3. Whether the trial court erred by ruling AHFA's conflicting miss-information regarding steps to take in applying for a loan modification, including giving conflicting directives regarding the need to obtain a quitclaim deed did not violate Washington's Consumer Protection Act.

4. Whether a genuine issue of material fact exists as to whether Plaintiff qualified for an FHA-HAMP loan modification, and AHFA evaded required mortgage loan mitigation.

Dated this 17th of January 2019.

_____
Arthur Ortiz, WSBA No. 26676
Counsel for Plaintiffs/Appellants

**APPELANTS' DESIGNATION OF RECORD & STATEMENT OF ISSUES ON APPEAL**

Page - 3

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704    arthur@aeolegal.com

Case 18-01002-MLB    Doc 101    Filed 01/17/19    Ent. 01/17/19 18:14:42    Pg. 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2019, I caused to be electronically filed the foregoing APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephen J. Baumgarner, *Pro Hac Vice*
Bar No. 2089M66S
Maynard Cooper & Gale, P.C.
1901 Sixth Ave., N., Ste. 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
sbumgarner@maynardcooper.com
*Of Counsel for defendant, Alabama Housing Finance Authority, d.b.a ServiSolutions*

Lance Olsen
McCarthy Holthus
108 1st Ave. S., Ste. 300
Seattle, WA 98104-2104
Telephone: (206) 596-4843
Facsimile: (206) 780-6862
*Attorney for defendant, Alabama Housing Finance Authority, d.b.a ServiSolutions*

Rory Livesay
The Livesay Law Firm
600 Stewart St., Ste. 1908
Seattle, WA 98101
Telephone: (206) 441-0826
rory@liveslaw.com
*Attorney for the Estate of Christine Tavares*

Peter H. Arkison
Law Offices of Peter H. Arkison
103 E. Holly Street, Ste 502
Bellingham, WA 98225-4728
Telephone: (360) 671-0300
peter@arkison.com
*Attorney for the Estate of Edward Anzaldua*

Christina Henry
Henry & DeGraaff, P.S.
150 Nickerson St., Ste 311
Seattle, WA 98109
(206) 330-0595
chenry@hdm-legal.com
*Attorney for Debtor, Christine Tavares*

I declare the foregoing is true and correct.

DATED this 17th day of January, 2019 in Seattle, King County, Washington.

_____
Arthur E. Ortiz, WSBA No. 26676
Adv. Pro. Counsel Plaintiffs/Appellants

**APPELANTS' DESIGNATION OF RECORD & STATEMENT OF ISSUES ON APPEAL**

Page - 4

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704    arthur@aeolegal.com

Case 18-01002-MLB    Doc 101    Filed 01/17/19    Ent. 01/17/19 18:14:42    Pg. 4 of 4